AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ORTHOACCEL TECHNOLOGIES, INC. and
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS

CASE NUMBER: 1:16-CV-10641

V.

ASSIGNED JUDGE: Andrea R. Wood

PROPEL ORTHODONTICS, LLC

DESIGNATED
MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

PROPEL ORTHODONTICS, LLC
c/o PACIFIC REGISTERED AGENTS INC.
1900 EAST GOLF ROAD
SUITE 950
SCHAUMBURG, IL. 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MELISSA A. ANYETEI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL. 60606

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Affidavit of Agency #117-001743

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number  1:16-CV-10641

**Orthoaccel Technologies, Inc., et al.**

v.

**Propel Orthodontics, LLC**

I, **Heidi Berna**

deposes and says that he/she is either a licensed and/or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **Propel Orthodontics, LLC c/o Pacific Registered Agents, Inc.** |
| PERSON SERVED | **Donna Callen - Authorized** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 11/16/2016 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| **Sex** | FEMALE | **Race** | WHITE | **Age** | 50's |
|---|---|---|---|---|---|
| **Height** | 5' 8" | **Build** | AVERAGE | **Hair** | BLONDE |

LOCATION OF SERVICE  **1900 E Golf Rd, Ste. 950**
**Schaumburg, Illinois 60173**

Date Of Service  **11/16/2016**
Time  **3:35 PM**

Heidi Berna  11/16/2016
**Agency #117-001743**  Agency #117-001743

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Heidi Berna  11/16/2016


*5601A*

Law Firm ID:  **MAYER BROWN, LLP**  Firm #  Case Return Date:  **11/16/2016**